**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| COLLEEN GORMAN and COURTNEY PARKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EDGEWELL PERSONAL CARE COMPANY; EDGEWELL PERSONAL CARE BRANDS, LLC; EDGEWELL PERSONAL CARE LLC; PLAYTEX PRODUCTS, LLC; and SUN PHARMACEUTICALS, LLC, <br><br> Defendants. | Case No.: 4:18-cv-639 <br><br> Judge: Hon. Noelle C. Collins |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Ingrid Anglin, Colleen Gorman, Paul Lambrakis, Elijah Natal, Matthew Nelson, Courtney Parker, and Shayan Tari hereby voluntarily dismiss their claims with prejudice and without costs or fees to either party.  No class has been certified or sought to have been certified, and Defendants have not served an answer or motion for summary judgment.

Dated:  April 18, 2019

by: /s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN**
 **ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: 312-984-0000
Fax: 312-214-3110
malmstrom@whafh.com

2

Janine L. Pollack
**THE SULTZER LAW GROUP P.C.**
351 W. 54th Street, Suite 1C
New York, New York 10019
Tel.: (212) 969-7810
Fax: (888) 749-7747
pollackj@thesultzerlawgroup.com

Stephen P. DeNittis
Joseph A. Osefchen
Shane T. Prince
**DeNITTIS OSEFCHEN PRINCE, PC**
5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
Telephone: 856-797-9951
Fax: 856-797-9978
sdenittis@denittislaw.com
josefchen@denittislaw.com
sprince@denittislaw.com

Frederic S. Fox
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Fax: 212-687-7714
ffox@kaplanfox.com

Laurence D. King
Mario M. Choi
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Fax: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

Hunter Jay Shkolnik
Paul Brian Maslo
Salvatore C. Badala
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: 212-397-1000

2

        Fax: 646-843-7603
        pmaslo@napolilaw.com
        hunter@napolilaw.com
        sbadala@napolilaw.com

        Marc A. Wites
        **WITES LAW FIRM**
        4400 North Federal Highway
        Lighthouse Point, FL 33064
        Telephone: 954-933-4400
        Fax: 954-354-0205
        mwites@witeslaw.com

        Joseph G. Sauder
        Matthew D. Schelkopf
        **SAUDER SCHELKOPF**
        555 Lancaster Ave.
        Berwyn, PA 19312
        Telephone: 610-200-0580
        jgs@sstriallawyers.com
        mds@sstriallawyers.com

        Brittany Weiner
        **IMBESI LAW, P.C.**
        450 Seventh Avenue
        Suite 1408
        New York, NY 10123
        Telephone: 646-767-2271
        Fax: 212-658-9177
        brittany@lawicm.com

        Justin Farahi
        Raymond M. Collins
        **FARAHI LAW FIRM APC**
        22760 Hawthorne Boulevard Suite 230
        Torrance, CA 90505
        Telephone: 310-774-4500
        Fax: 424-295-0557
        justin@farahilaw.com
        raymondfarahilaw@gmail.com

        *Counsel for Plaintiffs*

whafhch55801