**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

COLLEEN GORMAN and COURTNEY )
PARKER, Individually and on Behalf of )
All Others Similarly Situated, )
                                  )
     **Plaintiffs,** )
                                    )
     v. )          **Case No. 4:18-CV-00639-NCC**
                                    )
EDGEWELL PERSONAL CARE )
COMPANY; EDGEWELL PERSONAL )
CARE BRANDS, LLC; EDGEWELL )
PERSONAL CARE LLC; PLAYTEX )
PRODUCTS, LLC; and SUN )
PHARMACEUTICALS, LLC, )
                                    )
     **Defendants.** )

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal with Prejudice (Doc. 61). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs seek dismissal of this action with prejudice (*Id.*). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As of today's date, Defendants have not answered or filed a motion for summary judgment. Further, no class has been certified. Therefore, the procedures of Federal Rule of Civil Procedure 23(e) do not apply. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1081-82 (8th Cir. 2017).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**.

Dated this 22nd day of April, 2019.

                                  /s/ Noelle C. Collins
                                 NOELLE C. COLLINS
                                 UNITED STATES MAGISTRATE JUDGE